UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-20159-CR-GOLD/Bandstra

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE NUNEZ,

        Defendants
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS

On November 22, 2006, this matter came for hearing pursuant to this Court's order setting oral argument on the defendant's objections [DE 1812] and the Government's memorandum in opposition to the defendant's objections [DE 2465] to the Magistrate Judge's Report and Recommendation [DE 1518] on the defendant's motion to dismiss the indictment [DE 1424].

Based on the matters presented by the parties and the argument of counsel, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) Defendant Nunez's objections [DE 1812] to the Magistrate Judge's Report and Recommendation are hereby **overruled**; the Magistrate Judge's Report and Recommendation [DE 1518] is hereby **adopted** in its entirety and the defendant's motion to dismiss the indictment [DE 1424] is hereby **denied**.

It is well settled that the United States can prosecute a successive RICO violation following a separate earlier prosecution of the underlying predicate racketeering acts, and because the charged RICO conspiracy is a separate offense from the prior gambling and money laundering conspiracy.

2) A status conference is hereby set for **Thursday, December 28, 2006 at 9:30 a.m.**, to address the present trial date of January 8, 2007 at 9:00 a.m. The defendant is required present at this hearing.

U.S.A. VS. NUNEZ, et. al., CASE NO. 04-20159 CR GOLD

**DONE AND ORDERED** at Miami, Florida, this \_\_\_\_22\_\_\_\_ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:   Magistrate Judge Ted E. Bandstra

AUSA Juan Antonio Gonzalez
305.715.7640
305.715.7639 fax

AUSA David Haimes
305.715.7646/7655
305.715.7639 fax

AUSA Alicia E. Shick
305.961.9317
305.530.7976 fax

AFPD Orlando do Campo
for Jorge Nunez
305.350.7000 x107
305.536.4559 fax